| Date | Pleading Number | |
|---|---|---|
| 3/27/75 | | ORDER TO SHOW CAUSE -- Why A-1 through A-18 should not be transferred to a single district pursuant to 28 U.S.C. §1407 for coordinated or consolidated pretrial proceedings. Notified counsel, involved judges. |
| 4/2/75 | | HEARING ORDER -- Setting A-1 through A-18 -- April 25, 1975 Washington, D.C. -- Notified counsel, involved judges |
| 4/7/75 | 1 | RESPONSE -- Joan M. Geary and Barbara Levine w/cert. of service |
| 4/7/75 | 2 | RESPONSE -- Laura Ann Lambert w/cert. of service |
| 4/7/75 | 3 | RESPONSE -- Boeing Co. w/ BRIEF and cert of service |
| 4/11/75 | 4 | RESPONSE -- Plaintiffs Juergen van Beekum, Vanessa van Beekum and Stefanie van Beekum w/cert. of service |
| 4/11/75 | 5 | RESPONSE -- Plaintiffs Arthur H. Harris and Irene Harris w/cert of servic |
| 4/11/75 | 6 | RESPONSE -- Pan American World Airways w/cert. of service |
| 4/14/75 | 7 | RESPONSE -- Margaret Metcalf w/cert. of service |
| ~~XXXXXXXX~~ | ~~XXXX~~ | ~~RESPONSEXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~ |
| 4/14/75 | 8 | RESPONSE -- WICKLIFFE plaintiffs w/cert. of service |
| 4/14/75 | 9 | RESPONSE -- Francis J. Nelson w/cert. of service |
| 4/14/75 | 10 | RESPONSE -- Isle Leman w/cert. of service |
| 4/15/75 | 11 | RESPONSE -- RUE HUBERT w/cert. of service |
| 4/18/75 | 12 | RESPONSE -- FLOYD DEMANES |
| 4/22/75 | 13 | RESPONSE -- BY PLAINTIFF, ESTATE OF LAMBERT, TO ORDER TO SHOW CAUSE W/CERTIFICATE OF SERVICE |
| 4/22/75 | | Floyd A. Demanes, etc. v. PanAm, et al., N.D.Ca., C-75-0738 AMENDMENT TO SHOW CAUSE ORDER OF MAR. 27, 1975 and HEARING ORDER OF APR. 2, 1975 to add action. Notified counsel. |
| 6/19/75 | | CONSENT OF TRANSFEREE COURT -- Consent of Ch. J. Stevens for Judge Firth to handle litigation in the C.D. California under 28 U.S.C. §1407 |
| 6/19/75 | | OPINION AND ORDER -- transferring A-1 through B-1 to the C.D. California for assignment to Judge Firth for coordinated or consolidated pretrial proceedings under 28 U.S.C.§ 1407 |
| 7/17/75 | | CORRECTION ORDER -- Adding Floyd A. Demanes, etc. v. Pan American World Airways, et al. to Schedule A of Opinion and order filed on June 19, 1975. Notified counsel, publishers, clerks and judges. |
| 8/5/75 | | DEMANES V. PANAM., N.D.CAL, C75-1472-ACW FRANCIS J. NELSON V. BOEING, N.D.CAL, C75-1477-C75-1477-WTS DEMANES V. ROBERT E. EVARTS, N.D.CAL., 75-1471-CBR- CTOs filed today. Notified counsel, involved judges. |
| 8/21/75 | | DEMANES V. PANAM., N.D.CAL C75-1472-ACW FRANCIS J. NELSON V. BOEING, N.D.CAL, C75-1477-WTS DEMANES V. ROBERT E. EVARTS, N.D.CAL, C75-1471-CBR CTOs final today. Notified transferee clerk, trransferor clerk and involved judges |
| 11/21/75 | | DEMANES V. EVARTS, ET AL., N.D. CALIF., C75-1299-AJZ CTO filed today. Notified counsel, involved judges |
| 12/8/75 | | DEMANES V. EVARTS, ET AL, N.D. CALIF., C75-1299-AJZ CTO final today. Notified clerk; involved judge |
| 5/17/76 | | EUGENE R. P. LEMAN, ETC. V. U.S.A. N.D. Calif. C76-891-SAW CTO filed today. Notified involved counsel and judges |
| 6/1/76 | | EUGENE R.P. LEMAN V. U.S.A. N.D. CALIF. C76-891-SAW CTO final today. notified involved clerks and judges |
| 9/10/76 | | C-6 Floyd A. Demanes v. United States of America, N.D.Calif, C76-1664-RHS CTO filed today. Notified counsel, involved judges |
| 9/27/76 | | ~~C-6 Floyd A. Demanes, v. U.S.A., N.D. Calif., C76-1664-RHS CTO final today. Notified clerks, involved judges/~~ |

| Date | Pleading Number | |
|---|---|---|
| July 1979 | — | 17 TR / 11 XV2 / 2 DIS / 26 Pg |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 206 -- IN RE AIR CRASH DISASTER NEAR PAPEETE, TAHITI, ON JULY 22, 1973

| Date | Ref. | Pleading Description |
|---|---|---|
| 10/10/79 | | LETTER, suggesting reassignment of litigation to Judges Hall and Real -- Dated Sept. 25, 1979 and signed by Chief Judge Irving Hill   (cds) |
| 10/10/79 | | ORDER -- REASSIGNING LITIGATION TO JUDGES PIERSON M. HALL AND MANUEL REAL -- Notified involved judges, counsel & clerk |

## Description of Litigation

IN RE AIR CRASH DISASTER NEAR PAPEETE, TAHITI, ON JULY 22, 1973

### Summary of Panel Action

Date(s) of Hearing(s) 4/25/75

Date(s) of Opinion(s) or Order(s) 6/19/75

Consolidation Ordered ✓       Name of Transferee Judge ~~Robert~~ ~~Firth~~ MANUEL REAL ~~PIERSON M. HALL~~ (PH & R)

Consolidation Denied ___       Transferee District Central District of California

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Barbara Levine, etc. v. Pan American World Airways, et al. | R. I. Day | 74-35 | 6/19/75 | CV75-2107-RF | 4/25/80 D | |
| A-2 | Joan M. Geary, etc. v. Pan American World Airways, et al. | R. I. Day | 74-34 | 6/19/75 | CV75-2108-RF | 4/25/80 D | |
| A-3 | Marc Wickliffe, et al. v. Pan American World Airways, Inc., et al. | C.D. Cal. Firth | CV-74-69-RF ✓ | | | 4/30/80 D | |
| A-4 | Daryl Arnold, etc. v. Pan American World Airways, Inc., et al. | C.D.Cal. Firth | CV-74-746-RF ✓ | | | 4/30/80 D | |
| A-5 | Jacobus Cornelis Joannes Maria Priemus, et al. v. Pan American World Airways, Inc., et al. | C.D.Cal. Firth | CV-74-1135-RF | | | 3/27/79 | |
| A-6 | Jerome G. Zapp, et al. v. Pan American World Airways, Inc., et al. | C.D.Cal. Firth | CV-74-1448-RF ✓ | | | 4/30/80 D | |
| A-7 | Jerome G. Zapp, et al. v. Pan American World Airways, Inc. | C.D.Cal. Firth | CV-74-1994-RF ✓ | | | 4/28/80 D | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-8 | Margaret Metcalf, etc. v. Pan American World Airways, Inc., et al. | C.D.Cal. Firth | CV-74-2057-RF ✓ | | | 8/16/79 dismissed | |
| A-9 | Rue Hubert, etc v. Pan American World Airways, Inc., et al. | C.D.Cal. Firth | CV-74-2072-RF | | | 8/17/79 | |
| A-10 | Daryl Arnold, etc. v. Pan American World Airways, Inc., et al. | C.D.Cal. Firth | CV-74-2073-RF | | | 4/10/80 D | |
| A-11 | Barbara R. Gefter, etc. v. The Boeing Co. | N.D.Cal. Harris | C-74-1486-GBH | 6/19/75 | CV75-2109-RF | 11/21/79 D | |
| A-12 | Arthur H. Harris, et al. v. The Boeing Co. | N.D.Cal. Williams | C-74-1498-SW | 6/19/75 | CV75-2110-RF | 4/30/80 D | |
| A-13 | Juergen Van Beekum, et al. v. The Boeing Co., et al. | N.D.Cal. Carter | C-74-1516-OJC | 6/19/75 | CV75-2111-RF | 4/30/80 D | |
| A-14 | Laura Ann Lambert, etc. v. Boeing Co., et al. | N.D.Cal. Zirpoli | C-74-1519-AJZ | 6/19/75 | CV75-2112-RF | 4/28/80 D | |
| A-15 | Francis J. Nelson, etc. v. Pan American World Airways, et al. | N.D.Cal. Zirpoli | C-74-1523-AJZ | 6/19/75 | CV75-2113-RF | 4/30/80 D | |
| A-16 | Eugene R. P. Leman, etc. v. The Boeing Co. | N.D.Cal. Woll-berg | C-74-1524-ACW | 6/19/75 | CV75-2114-RF | 4/25/80 D | |
| A-17 | Barbara R. Gefter, etc. v. The Boeing Co. | N.D.Cal. Conti | C-74-1360-SC | 6/19/75 | CV75-2115-RF | 8/13/75 | |
| A-18 | Barbara R. Gefter, etc. v. The Boeing Co. | N.D.Cal. Weigel | C-74-1362-SAW | 6/19/75 | CV75-2116-RF | 11/21/79 D | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-1 | Floyd A. Demanes, etc. v. Pan American World Airways, et al. | N.D.Cal | C-75-0738-AJZ | 6/19/75 | 75-2532 | 4/14/80 D | SCO Amend. 4/22/75 |
| C-1 | Floyd A. Demanes, etc. v. The Estate of Robert E. Evarts  8-5-75 | N.D.Cal | C75-1471-CBR | 8/21/75 | 75-3040 | 4/14/80 D | |
| C-2 | Floyd A. Demanes, etc. v. Pan American World Airways, Inc., et al. 8-5-75 | N.D.Cal | C75-1472-ACW | 8/21/75 | 75-3041 | 4/14/80 D | |
| C-3 | Francis J. Nelson, etc. v. The Boeing Co.  8/5/75 | N.D.Cal | C75-1477-WTS | 8/21/75 | 75-3042 | 4/25/80 D | |
| XYZ-1 | Margaret Metcalf, etc. v. PanAm., et al. | C.D.Cal | C75-2442 | ✓ | | 2/26/78 dismissed | |
| ~~XYZ-1~~ B-1 ABOVE | ~~Floyd A. Demanes, etc. v. PanAm~~ | ~~C.D.Cal~~ | ~~75-0738~~ | | | | |
| C-4 | Floyd A. Demanes, etc. v. Robert E. Evarts, et al.  11/21/75 | N.D.Cal | C75-1299-AJZ | 12/8/75 | CV75-4199-RF | 4/14/80 D | |
| XYZ-2 | Joan M. Geary, etc. v. Harriet Teague, et al. | C.D.Cal | CV75-4056-RF | ✓ | §1404(b) from N.D.CAl. J. Orrick 12/3/75 (sa,e 1404a (J. Orrick) 1/30/76 | 8/2/79 dismissed | |
| xyz-3 | Barbara Levine, etc. v. Harriet Teague, et al. | C.D.Calif. | CV76-348-RF | ✓ | | 8/9/79 dismissed | |
| C-5 | Eugene R.P. Leman, etc. v. United States of America  5/17/76 | N.D.Calif | C76-891-SAW | 6/1/76 | CV76-1777-RF | 4/7/80 D | |
| C-6 | Floyd A. Demanes v. United States of America, et al. 9/10/76 | N.D.Calif | C76-1664-RHS | 9/27/76 | CV76-3102-RF | 12/8/79 dism. | |

p. _____

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 206 -- IN RE AIR CRASH DISASTER NEAR PAPEETE, TAHITI, ON JULY 23, 1973

| Plaintiff | Defendant |
|---|---|
| BARBARA LEVINE, ETC. (A-1)<br>JOAN M. GEARY, ETC. (A-2) <br>Ned Good, Esquire<br>333 S. Hope #3600<br>Los Angeles, CA 90071 | PAN AMERICAN WORLD AIRWAYS, INC.<br>HARRIET TEAGUE<br>ROBERT E. EVARTS<br>MARTHA JANE HAVENS<br>LYLE C. HAVENS<br>William G. Tucker, Esquire<br>316 West 2nd Street<br>Los Angeles, California  90012 |
| MARC WICKLIFFE, ET AL. (A-3)<br>DARYL ARNOLD, ETC. (A-4 & A-10)<br>Ned Good, Esquire<br>~~[struck through address]~~<br>~~Los Angeles, California  90017~~ | THE BOEING COMPANY<br>Neil M. Soltman, Esquire<br>O'Melveny & Myers<br>611 West Sixth Street<br>Los Angeles, CA 90017 |
| JACOBUS CORNELIS JOANNES MARIA PRIEMUS, ET AL. (A-5)<br>RUE HUBERT, ETC. (A-9)<br>James M. Jefferson, Jr., Esquire<br>Butler, Jefferson & Fry<br>626 Wilshire Blvd., Suite 914<br>Los Angeles, California  90017 | AETNA CASUALTY & SURETY CO.<br>George M. Vetter, Jr., Esquire<br>Hinckley, Allen, Salisbury & Parsons<br>2200 Industrial Bank Building<br>Providence, Rhode Island  02903 |
| JEROME G. ZAPP, ET AL. (A-6 & A-7)<br>Marshall L. Foreman, Jr., Esquire<br>Luce, Forward, Hamilton & Scripps<br>1700 Bank of California Plaza<br>110 West "A" Street<br>San Diego, California  92101 | UNITED STATES OF AMERICA<br>Mark A. Dombroff, Esquire<br>Tort Section, Civil Div.<br>Aviation Unit<br>Department of Justice<br>Washington, D. C.  20530 |
| MARGARET METCALF, ETC. (A-8)<br>James C. McCarthy, Esquire<br>Daniel C. Cathcart, Esquire<br>Magana & Cathcart<br>1801 Avenue of the Stars, Ste. 810<br>Los Angeles, California  90067 | |

p. _____

| Plaintiff | ~~Defendant~~ |
|---|---|
| BARBARA R. GEFTER, ETC. (A-11, A-17 & A-18)<br><br>✓ Albert R. Abramson, Esquire<br>Abramson & Bianco<br>44 Montgomery St. #998<br>San Francisco, CA  94104<br><br>✓ ARTHUR H. HARRIS, ET AL. (A-12)<br>Jay A. Darwin, Esquire<br>68 Post Street<br>San Francisco, California  94104<br><br>✓ JUERGEN VAN BEEKUM, ET AL. (A-13)<br>Goerge A. Sanbrook, Esquire<br>2600 El Camino Real, Ste. 504<br>Palo Alto, California  94306<br><br>LAURA ANN LAMBERT, ETC. (A-14)<br><br>✓ Thomas G. Smith, Esq.<br>Law Offices of Gerald C. Sterns<br>490 Pacific Ave.<br>San Francisco, CA 94133<br><br>✓ FRANCIS J. NELSON, ETC.  (A-15)<br>Robert S. Gottesman, Esquire<br>Russ Building, Suite 2206<br>235 Montgomery Street<br>San Francisco, California  94104<br><br>EUGENE R. P. LEMAN, ETC. (A-16)<br><br>✓ William A. Jennings, Esq.<br>1530 Meridian Ave. #301<br>San Jose, CA  95125<br><br>FLOYD A. DEMANES, ETC. (B-1)<br><br>Floyd A. Demanes, Esquire<br>1800 Trousdale Dr.<br>Burlingame, CA 94010<br><br>EUGENE R. P. LEMAN, ETC.<br>See (A-16) Above | FLOYD A DEMANES, ETC. C-1 and C-2<br>(Ronald Edward West, Yvonne Maureen West and Steven Austen West)<br>Same as B-1 (Demanes)<br><br>FRANCIS J. NELSON, ETC. C-3<br>(Same as A-15 Gottesman)<br><br>FLOYD A. DEMANES C-4<br>(Nolan Wentworth Faircloth and Celia Jane Faircloth)<br>Same as B-1 (Demanes)<br><br>FLOYD A. DEMANES C-5<br>(Nolan Wentworth Faircloth, Celia Jane Faircloth, Steven Austen West, Ronald Edward West and Yvonne Maureen West)<br>Same as B=1 (Demanes) |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 206 -- IN RE AIR CRASH DISASTER NEAR PAPEETE, TAHITI, ON JULY 22, 1973
dc

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| PAN AMERICAN WORLD AIRWAYS | A-1; A-2; A-3 thru A-10; A-13; A-14; A-15 C-2 |
| THE BOEING CO. | A-1; A-2; A-3 thru A-6; A-8 thru A-14; A-16 thru A-17 C-3 |
| AETNA CASUALTY & SURETY CO. | A-1; A-2 |
| HARRIET TEAGUE, AS ADMNX OF EST. OF ROBERT E. EVARTS, DECEASED | A-5; A-9; A-15 C-1 |
| MARTHA JANE HAVENS, AS PERSONAL REP. OF EST. OF LYLE C. HAVENS, DECEASED | A-5; A-9; A-15 |
| U.S.A. | C-4 |